AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
APR - 5 2024
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | (For **Revocation** of Probation or Supervised Release) |
| BRANDON DESHUN CARTER | Case No. 4:18CR00248-01 BRW |
| | USM No. 32004-009 |
| | John Wesley Hall, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Mandatory, Standard & Special   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory (3) | Failure to refrain from unlawful use of a controlled substance. | 01/26/2024 |
| Standard (2) | Failure to report to the probation officer as instructed. | 01/23/2024 |
| Standard (5) | Failure to live at a place approved by the probation officer. | 01/23/2024 |
| Special (1) | Failure to participate in a substance abuse treatment program. | 02/21/2024 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  6511

Defendant's Year of Birth:   1986

City and State of Defendant's Residence: _____

04/03/2024
Date of Imposition of Judgment

_/s/ Billy R. Wilson_
Signature of Judge

BILLY ROY WILSON, U.S. DISTRICT JUDGE
Name and Title of Judge

04-05-2024
Date

Judgment — Page 2 of 2

DEFENDANT: BRANDON DESHUN CARTER
CASE NUMBER: 4:18CR00248-01 BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

12 months with no supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

You participate in any substance abuse services available during incarceration.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL